IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT KIMSEY, | |
|     Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:05-CV-1713-GGB |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
|     Defendant. | |

## **FINAL ORDER**

    Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Agency's request to remand this action, this case is hereby remanded. On remand, an Administrative Law Judge (ALJ) will obtain medical evidence to assist in evaluating the nature and severity of Plaintiff's impairment before June 1994. Further, the ALJ will attempt to obtain any medical records from the Disability Quality Branch (DQB) doctor, Tom Rowe, M.D. Also, the ALJ will be asked to develop further the issue of Plaintiff's continued ability to drive at least through October 13, 1994.

    Plaintiff does not oppose remand but asks – in light of his advanced age (77) and the fact that he applied for disability benefits almost 14 years ago – that the

AO 72A
(Rev.8/82)

Commissioner be required to issue a new decision regarding his claim within 180 days. (Doc. 13, 14).  Defendant has not consented to this request, but also did not file a response, thereby indicating that the Commissioner does not oppose the time limitation suggested by Plaintiff.  For this reason, as well as for good cause shown, Plaintiff's request is **GRANTED**.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings as described above.  See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).  The Commissioner is also **ORDERED** to complete those proceedings within 180 days of receiving this order. The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED, this 14th day of April, 2006.

/s/ Gerrilyn G. Brill
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

T:\FINAL.SS\KimseyRemand.wpd